## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

■

Michael Wayne RIGGS, Petitioner–
Appellant,

v.

J.W. FAIRMAN, Jr., Warden,
Respondent–Appellee.

No. 02–55185.

United States Court of Appeals,
Ninth Circuit.

Nov. 30, 2005.

Donald M. Falk, Esq., Mayer, Brown, Rowe & Maw, LLP, Palo Alto, CA, for Petitioner–Appellant.

Craig S. Nelson, Esq., Kyle N. Shaffer, AGCA–Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: SCHROEDER, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not

■

Victoria TCHOUKHROVA; Dmitri
Tchoukhrov; Evgueni Tchoukhrov,
Petitioners,

v.

Alberto R. GONZALES, Attorney General; Tom Ridge, Secretary of Homeland Security, Respondents.

No. 03–71129.

United States Court of Appeals,
Ninth Circuit.

Dec. 5, 2005.

Jonathan D. Montag, Esq., Law Offices of Jonathan D. Montag the Chamber Building, San Diego, CA, for petitioners.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, William Campbell Erb, Jr., Attorney, Mark C. Walters, Esq., Frances M. McLaughlin, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for respondents.

Before REINHARDT, TASHIMA, and WARDLAW, Circuit Judges.